[No. 26267-7-III.  Division Three.  April 22, 2008.]

VALERIY NAZARENKO, *Appellant*, v. FRED MEYER STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-04020-8, Maryann C. Moreno, J., entered May 25, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Thompson, J. Pro Tem.

[No. 25016-4-III.  Division Three.  April 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALICE ANN DAY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00255-4, Robert G. Swisher, J., entered February 24, 2006. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.

[No. 26010-1-III.  Division Three.  April 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TANA LOY SMITH, *Appellant*.

Appeal from judgments of the Superior Court for Benton County, No. 06-1-01037-3, Carrie L. Runge and Vic L. VanderSchoor, JJ., entered January 17 and March 21, 2007. *Reversed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney and Korsmo, JJ. Now published at 145 Wn. App. 268.

[No. 26118-2-III.  Division Three.  April 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ALEX COVINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00437-2, Kenneth L. Jorgensen, J., entered August 21, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.